UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:10-CV-00020-F

| | | |
|---|---|---|
| TARA TYNER and<br>ERIC WILLIAMSON,<br>　　　　Plaintiff,<br><br>　　v.<br><br>BRUNSWICK COUNTY DEPARTMENT<br>of SOCIAL SERVICES; NORTH<br>CAROLINA DEPARTMENT OF<br>HEALTH and HUMAN SERVICES;<br>and JAMIE ORROCK,<br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | O R D E R |

The court having been advised that the parties hereto have compromised and settled all matters in controversy among them, this action hereby is DISMISSED without prejudice to any party to reopen should settlement not be consummated on or before **May 20, 2011**. Unless the case is reopened, counsel are DIRECTED to file their Joint Stipulation of Dismissal With Prejudice on or before **May 20, 2011.**

The Clerk of Court is DIRECTED to remove this case from active status.

SO ORDERED.

This, the 11th day of March, 2011.

　　　　　　　　　　　　　　　　　　　JAMES C. FOX
　　　　　　　　　　　　　　　　　　　Senior United States District Judge